

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT ON REMAND

Kimberly Anne Hutson,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 12371.

Vs. No. 11-19-00037-CR

\* July 8, 2021

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court (1) to reflect court costs of $364.00 (deleting the DNA community supervision fee of $34.00 and the time payment fee of $25.00) and (2) to delete the following language: "$180.00 restitution to the Texas Department of Public Safety Crime Laboratory, Abilene, Texas; $_____ attorney[']s fees; and $50.00 Crime Stoppers"; "RESTITUTION: $180.00"; and "CRIME STOPPERS: $50.00." As modified, we affirm the trial court's judgment.